**Order entered August 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00010-CR

## LARRY DON MOSLEY, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F13-71324-I**

## ORDER

The State's August 7, 2015 motion to seal evidence is **GRANTED**. We **DIRECT** the Clerk of the Court to **SEAL** volume seven of the reporter's record filed on May 5, 2015 consisting of the exhibits in this appeal.

/s/    LANA MYERS
        JUSTICE